PROB 12C
(7/93)

Report Date: December 12, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 15 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel E. Price                    Case Number: 0980 2:06CR00070-WFN-2

Address of Offender: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 1, 2007

Original Offense:    Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j) and 924(a)(2)

Original Sentence:   Prison 120 months;              Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Earl A. Hicks                   Date Supervision Commenced: November 8, 2013

Defense Attorney:    Federal Defenders Office        Date Supervision Expires: November 7, 2016

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on November 21, 2014, and ISSUE A WARRANT for the arrest of the offender.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number    Nature of Noncompliance

8                   **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

                    **Supporting Evidence**: On December 8, 2014, Mr. Price left this officer a voice mail message advising that his codefendant in the instant federal matter went to his residence and caused damage to his recreational vehicle. Mr. Price stated he did not know what to do and was "in hiding." Mr. Price has not reported his current location to this officer. Multiple attempts by this officer to contact Mr. Price by telephone and text message have been unsuccessful. Currently, Mr. Price's whereabouts are unknown. It should be noted, Mr. Price has expressed fear of his codefendant in the instant federal matter.

Prob12C
Re: Price, Daniel E
December 12, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 12, 2014

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

12/15/14
Date