PROB 12C
(7/93)

Report Date: December 31, 2014

# United States District Court

## for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Daniel E. Price | Case Number: 2:06CR00070-WFN-2 |
| Address of Offender: ███████ | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 1, 2007

| | |
|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j) and 924(a)(2) |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks |
| | Date Supervision Commenced: November 8, 2013 |
| Defense Attorney: | Meredith B. Esser |
| | Date Supervision Expires: November 7, 2016 |

## PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on November 21, 2014, and December 12, 2014.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---

9 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On December 24, 2014, Mr. Price was formally charged in Ferry County (Washington) District Court with hit and run unattended vehicle. Available records indicate Mr. Price is scheduled to make his initial appearance in Ferry County District Court on January 7, 2015, at 9 a.m. In addition, available records indicate Mr. Price has also been cited in Ferry County District Court for second degree negligent driving and speed - too fast for conditions.

According to the incident report related to the above-noted charge, on November 11, 2014, Coville Tribal law enforcement dispatch was notified by a natural resource officer of a vehicle accident on Silver Creek Road. The vehicle involved in the

accident was registered to Mr. Price. As law enforcement responded to that location, the officer observed the vehicle had struck a tree. A wooden fence owned by the Colville Tribe was also allegedly struck by Mr. Price's car. The left front tire of the vehicle was off and the air bag had been deployed. The investigating officer contacted an individual at Mr. Price's residence and was told he (Mr. Price) was okay and on his way home from Kettle Falls, Washington.

On November 12, 2014, the investigating officer contacted Mr. Price's neighbor at his neighbor's home in relation to the accident that occurred the day before. The neighbor reported nothing that would incriminate Mr. Price, but stated the vehicle was left in the roadway. Mr. Price's neighbor reported Mr. Price had contacted his insurance company, while intoxicated. The officer asked Mr. Price's neighbor to have Mr. Price contact the Colville Tribal law enforcement dispatch in regard to the incident. The officer further advised Mr. Price's injuries and details of the accident would need to be documented for insurance purposes.

Mr. Price had contacted the investigating officer by telephone and claimed he struck a deer, which caused the accident. The investigating officer noted that upon inspection of the accident scene, no skid marks were visible nor any animal carcass was located. The only indication prior to the collision observed by the officer were straight tire streaks that led from the roadway and directly into a wooden fence.

On November 26, 2014, the investigating officer closed the above-noted investigation after receiving no further information from Mr. Price. As a result of Mr. Price not notifying the Colville Tribal Police, the alleged damage to the wooden fence, and the manner the alleged accident occurred, the investigating officer recommended formal charges be brought against Mr. Price.

Prob12C
Re: Price, Daniel E
December 31, 2014
Page 3

| | |
|---|---|
| 10 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On December 30, 2014, Mr. Price contacted this officer from the Spokane County Jail. During that conversation, Mr. Price acknowledged he had used methamphetamine on a couple of occasions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 31, 2014

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

Jan 5, 2015
Date