PROB 12C
(7/93)

Report Date: October 16, 2015

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

**Oct 16, 2015**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel E Price                    Case Number: 0980 2:06CR00070-RMP-2

Address of Offender:                                 Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: February 1, 2007

Original Offense:        Possession of a Stolen Firearm, 18 U.S.C. § 922(j) and 924(a)(2)

Original Sentence:       Prison 120 months                Type of Supervision: Supervised Release
                         TSR 36 months

Asst. U.S. Attorney:     Earl A. Hicks                    Date Supervision Commenced: April 10, 2015

Defense Attorney:        Rebecca L Pennell                Date Supervision Expires: April 9, 2017

## PETITIONING THE COURT

**To issue a Warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/08/2015.**

The probation officer believes the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

4                       **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

                        **Supporting Evidence**: Daniel Price failed to report to the U.S. Probation Office as directed on October 16, 2015.  On that same date, Mr. Price was directed to report to the office to meet with this officer, but he failed to report.  Instead, Mr. Price called this officer at approximately 8:30 a.m. on October 16, 2015, to advise he was on his way, but he never showed.  Several unsuccessful attempts were made to contact the offender.

5                       **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

                        **Supporting Evidence**: Daniel Price failed to submit for urinalysis testing on October 16, 2015.  On that same date, the offender was directed to report to the U.S. Probation Office for a urinalysis test, but he failed to report as directed.  Several unsuccessful attempts were made to contact the offender.

| | | |
|---|---|---|
| 6 | **Special Condition # 18**: You shall participate in the home confinement program for 90 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence every day from 10 p.m. to 6 a.m., as directed by the supervising officer. | |

**Supporting Evidence**: Daniel Price failed to comply with his home confinement program on October 15 and 16, 2015.

On October 15, 2015, Mr. Price failed to return home by his 10 p.m. curfew. Contact was made with the offender at approximately 11 p.m. and he related he had decided to spend some time with a female acquaintance at a local hotel. Mr. Price was directed to return home immediately and report for an office visit the following morning to discuss his noncompliant behavior. At approximately 1 a.m. on October 16, 2015, the offender returned home. However, he once again had an unauthorized leave at 1:46 a.m., and did not return home until 3:23 a.m. At approximately 8:36 a.m. a strap tamper alert was received. Several attempts were made to contact the offender, but they were all met with negative results.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 16, 2015

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

10/16/2015

Date